OPINION — AG — **** TIME CREDITS — SPLIT SENTENCE — PERIOD OF CUSTODY **** NO "TIME CREDITS" WHATSOEVER ARE TO APPLY TO THE UP TO 90 DAYS CUSTODY ORDERED BY A COURT WHEN IT GIVES A "SPLIT SENTENCE" AS AUTHORIZED BY 22 O.S. 1970 Supp., 991 [22-991](A). FURTHER, THIS PERIOD OF UP TO 90 DAYS IS NOT TO BE DEDUCTED FROM THE UP TO FIVE YEARS PROBATION AUTHORIZED BY THE SAME SECTION. CITE: OPINION NO. 70-256, 22 O.S. 1970 Supp., 982 [22-982], 57 O.S. 1970 Supp., 138 [57-138] (HUGH COLLUM)